IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY PRICE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. 3:11-CV-5170-RBL-JRC<br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based on the Plaintiff's Motion to Amend the Briefing Schedule (ECF No. 12) and

Defendant's concurrence with the proposal, it is hereby ORDERED the Briefing Schedule shall

be amended as follows:

Plaintiff's Opening Brief: Due by June 21, 2011;

Defendant's Responsive Brief: Due by July 19, 2011;

Plaintiff's Reply Brief: Due by August 2, 2011; and

Oral argument, if desired, requested by August 9, 2011.

DATED this 16th day of May, 2011

_____

J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:11-CV-5170-RBL-JRC]