# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY PRICE, | Civil No. 3:11-CV-05170-RBL-JRC |
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant | |

Based on the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before August 19, 2011;

- Plaintiff shall file the optional Reply Brief on or before September 2, 2011; and

- Oral argument, if desired, shall be requested by September 9, 2011.

DATED this 19th day of July 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:11-CV-05170-RBL-JRC]