IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| TIMOTHY PRICE, | Civil No. 3:11-CV-5170-RBL |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $4,559.55, and expenses in the amount of $18.45, for a total of $4,578.00, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Christopher H. Dellert, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Christopher H. Dellert, at Dellert Baird Law Office, PLLP, P.O. Box 955, Port Orchard, WA, 98366,

Dated this 8th day of August, 2011.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Page 1     ORDER [3:11-CV-5170-RBL]

Presented by:

Christopher H. Dellert
Dellert Baird Law Office, PLLP
P.O. Box 955
Port Orchard, WA   98366
Telephone:  (360) 509-9350
FAX:  (253) 383-3673
Dellert.Law.Office@gmail.com
Attorney for Plaintiff